Ana Daysi **GONZALEZ–MARAVILLA,** Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 13–71934.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 9, 2014.*

Filed Dec. 16, 2014.

Ana Daysi Gonzalez–Maravilla, Los Angeles, CA, pro se.

Robbin Kinmonth Blaya, Esquire, Trial, Oil, DOJ—U.S. Department of Justice,

Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WALLACE, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Ana Daysi Gonzalez–Maravilla, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's decision denying her application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence factual findings, *Wakkary v. Holder*, 558 F.3d 1049, 1056 (9th Cir.2009), and we deny the petition for review.

Substantial evidence supports the agency's finding that Gonzalez–Maravilla failed to establish that one central reason for the gang members' interest in her was her religious beliefs or her membership in a particular social group. *See Parussimova v. Mukasey*, 555 F.3d 734, 740 (9th Cir. 2009) (the REAL ID Act "requires that a protected ground represent 'one central reason' for an asylum applicant's persecution"). Thus, in the absence of a nexus to a protected ground, Gonzalez–Maravilla's asylum and withholding of removal claims fail.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.